IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KHALID SALIM and RAFIK ALGAZALI, ) <br> INDIVIDUALLY and d/b/a DISCOTECA ) <br> SANCHEZ, ) <br> ) <br> Defendants. ) <br> _____ ) | 2:11-cv-02440-GEB-CKD <br><br> ORDER CONTINUING STATUS <br> (PRETRIAL SCHEDULING) <br> CONFERENCE; FED. R. CIV. P. <br> 4(M) NOTICE |

"Plaintiff's Status Conference Statement" filed November 25, 2011 reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on December 12, 2011 is continued to February 27, 2012, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior.

Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendants Khalid Salim and Rafik Algazali with process within the 120 day period prescribed in that Rule may result in the unserved defendant being dismissed. To avoid dismissal, on or before January 17, 2012, Plaintiff shall file proof of service for these defendants or a sufficient explanation why service was not effected within Rule 4(m)'s prescribed service period.

Dated: December 6, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1