IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
J & J SPORTS PRODUCTIONS, INC.,    )
                                   )   2:11-cv-02440-GEB-CKD
          Plaintiff,               )
                                   )
     v.                            )   ORDER CONTINUING STATUS
                                   )   (PRETRIAL SCHEDULING)
HUMBERTO LEON SANCHEZ, JR.,        )   CONFERENCE; FED. R. CIV. P.
individually and d/b/a DISCOTECA   )   4(M) NOTICE
SANCHEZ,                           )
                                   )
          Defendants*.             )
_____  )
```

    Plaintiff's Ex Parte Application for an Order Continuing the Initial Scheduling Conference and Extending Time to Complete Service, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on February 23, 2012, is continued to May 21, 2012, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

    Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Defendant Humberto Leon Sanchez, Jr., individually and d/b/a Discoteca Sanchez, with process within the 120 day period prescribed in that Rule may result in the action's dismissal. To avoid dismissal, on or before April 2, 2012,

---

   \*  The caption has been amended according to Plaintiff's Notice of Voluntary Dismissal without prejudice of Defendants Khalid Salim and Rafik Algazali, individually and d/b/a Discoteca Sanchez. (ECF No. 12.)

1

Plaintiff shall file proof of service or a sufficient explanation why service was not effected within Rule 4(m)'s prescribed service period.

IT IS SO ORDERED.

Dated: February 10, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge