IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

     Plaintiff,                    No. 2:11-cv-2440 GEB CKD PS

     vs.

HUMBERTO SANCHEZ,

     Defendant.               <u>ORDER</u>

_____/

        This matter has been referred to the undersigned for pretrial case management under Local Rule 302(c)(21). Dkt. No. 26. A scheduling order has previously issued and those dates will be confirmed. It appears from the documents submitted in support of defendant's counsel's motion to withdraw, that defendant is amenable to settlement. The court will therefore set a status conference at which time the parties will address the issue of whether a settlement conference should be set.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The dates set forth in the May 9, 2012 scheduling order (Dkt. No. 23) are confirmed. The Clerk of Court is directed to serve a copy of the scheduling order on the defendant proceeding pro se.

/////

1        2.  This matter is set for status conference before the undersigned on November 7, 2012 at 10:00 a.m. in courtroom no. 26.  The parties shall file a joint status report one week prior to the conference and shall set forth therein the position of the parties with respect to whether a settlement conference should be set in this matter and whether the parties will waive disqualification of the undersigned for presiding over said settlement conference.

Dated: October 3, 2012

                                    _/s/ Carolyn K. Delaney_
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE

4
j&jsports-sanchez2440.statconf