1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   J & J SPORTS PRODUCTIONS, INC.,

11            Plaintiff,                No. 2:11-cv-2440 GEB CKD PS

12        vs.

13   HUMBERTO SANCHEZ,

14            Defendant.               <u>ORDER</u>

15   _____/

16            A status conference was held on November 7, 2012 before the undersigned.

17   Thomas Riley, Jr. appeared for plaintiff.  Defendant Humberto Sanchez, Jr., proceeding pro se,

18   failed to appear.[1]  Upon review of the docket, and discussion with counsel, IT IS HEREBY

19   ORDERED that no later than November 16, 2012, defendant shall provide to plaintiff's counsel a

20   phone number at which defendant can be reached so that settlement discussions may be

21   facilitated.

22    Dated: November 8, 2012

23                                      _____
                                        CAROLYN K. DELANEY
24                                      UNITED STATES MAGISTRATE JUDGE

25   4 /j&jsports-sanchez2440.oah

26   _____

        [1]  Defendant is cautioned that failure to appear at duly scheduled court hearings may
     result in the imposition of sanctions.