UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>HUMBERTO LEON SANCHEZ, JR., individually and d/b/a DISCOTECA SANCHEZ,<br><br>        Defendant. | No. 2:11-cv-02440-GEB-AC<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

        The Status (Pretrial Scheduling) Conference scheduled for hearing on May 12, 2014, is continued to September 15, 2014, at 9:00 a.m.  A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is required to explain the status of the default proceedings.

        IT IS SO ORDERED.

Dated:  May 1, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1