UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc. , <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>Humberto Leon Sanchez, Jr., <br><br>　　　　Defendant. | Case No. 2:11-CV-2440 GEB AC <br><br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

**Humberto Leon Sanchez, Jr.**

Date: September 11, 2014　　　　　　　　　　MARIANNE MATHERLY, CLERK

　　　　　　　　　　　　　　　　　　　　　　<u>By: /s/ M. Marciel</u>
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk